Roy Johnson et al., complainants,

*v.*

Fred L. Emmons, Incorporated, et al., defendants.

[Decided October 9th, 1935.]

*Mr. George S. Harris,* for the complainants.

*Messrs. Grosso & Anderson, Messrs. Smith & Slingerland, Messrs. Rossbach & Crummy, Mr. Michael Breitkopf, Messrs. Pitney, Hardin & Skinner, Messrs. Heine & Laird and Mr. Benjamin P. De Witt,* for the defendants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan and reported in *115 N. J. Eq. 335.*

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Heher, Perskie, Van Buskirk, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 12.

*For dismissal*—Donges, J. 1.